JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pablo Jagbhej Candelaria,<br>        Petitioner,<br>    v.<br>United States of America,<br>        Respondent. | Case No. **CV 15-941-JFW**<br>[CR 12-387-JFW]<br>**JUDGMENT** |

    Pursuant to this Court's February 18, 2015 Order denying Petitioner Pablo Jagbhej Candelaria's motion to vacate, set aside, or correct sentence by a person in federal custody pursuant to 28 U.S.C. § 2255,

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

    If Petitioner gives timely notice of an appeal from this Judgment, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will not issue because Petitioner has failed to make a substantial showing of the denial of a constitutional right. *Miller-El v.*

1 | *Cockrell*, 537 U.S. 322(2003); *Williams v. Woodford*, 384 F.3d
2 | 567 (9th Cir. 2004).
3
4
5 | Dated: February 18, 2015   /s/ John F. Walter
6 |                                JOHN F. WALTER
  |                                UNITED STATES DISTRICT JUDGE